# UNITED STATES DISTRICT COURT

_____ MIDDLE _____   DISTRICT OF   _____ PENNSYLVANIA _____

Paul Dunn

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   **3:17-CV-0058**

Jack Frost Big Boulder Ski Resort and
JFBB Ski Areas, Inc.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
That Judgment be and is hereby entered in favor of the Plaintiff **Paul Dunn** and against the Defendants **Jack Frost Big Boulder Ski Resort and JFBB Ski Areas, Inc.** in the amount of **$8,628.80**

FILED
SCRANTON

MAR 21 2018

PER _____
DEPUTY CLERK

3/21/2018
Date

Peter J. Welsh, Acting Clerk of Court
Clerk

(By) Deputy Clerk