# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL DUNN | : | |
| Plaintiff | : | CIVIL ACTION NO. 17-58 |
| v. | : | (JUDGE MANNION) |
| JACK FROST BIG BOULDER SKI RESORT and JFBB SKI AREAS, INC. | : | |
| Defendants | : | |

## ORDER

Based on the court's memorandum issued this same day, it is **HEREBY ORDERED THAT**:

**(1)** The plaintiff Paul Dunn's motion for a new trial (Doc. 39) is **DENIED**.

**(2)** The defendants Jack Frost Big Boulder Ski Resort and JFBB Ski Areas, Inc's counter-motion for a new trial (Doc. 45) is **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 30, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-58-01-ORDER.DOCM